UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Jerre A. Nishida,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Michael Segal,<br><br>　　　　　Defendant. | Case No. 23-cv-1293 (PJS/DJF)<br><br>**ORDER ADOPTING REPORT<br>AND RECOMMENDATION** |

The above-entitled matter came before the Court upon the Report and Recommendation (ECF No. 15) of the United States Magistrate Judge Dulce J. Foster. No objections have been filed to the Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that:

1. The Report and Recommendation (ECF Nos. 15) is **ADOPTED**;
2. Ms. Nishida's Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241 (ECF No. 1) is **DENIED**; and
3. This matter is **DISMISSED**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  4/22/24　　　　　　　　　　　s/Patrick J. Schiltz
　　　　　　　　　　　　　　　　　　　　Patrick J. Schiltz
　　　　　　　　　　　　　　　　　　　　Chief United States District Judge